IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TYRONE SIMS,

  Appellant,

v.           Case No.  5D22-579
             LT Case No. 2010-CF-4019-AO

STATE OF FLORIDA,

  Appellee.

_____/

Decision filed April 19, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Patricia Strowbridge, Judge.

Tyrone Sims, South Bay, pro se.

No Appearance for Appellee.

PER CURIAM.


  AFFIRMED.



LAMBERT, C.J., COHEN and EDWARDS, JJ., concur.